

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00174-CR

**COREY WHITTING,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

**From the 278th District Court
Walker County, Texas
Trial Court No. 26519**

## ORDER ON REHEARING

On May 30, 2018, this Court issued an opinion dismissing the appeal of Corey Whitting because the trial court's certificate of right to appeal indicates that this is a plea bargain case and Whitting does not have the right to appeal. On June 8, 2018, Whitting filed a motion for rehearing arguing that the certificate of right to appeal is defective because it is contrary to the record. The record indicates that Whitting waived his right to appeal in a plea bargain agreement in August of 2014 and was placed on deferred

adjudication. The State filed a motion to adjudicate alleging numerous violations of community supervision. Whitting pleaded true to most of the allegations; however, there is nothing in the record to indicate that the plea of true was pursuant to a plea bargain agreement. The certificate of right to appeal filed on April 27, 2018 appears to be defective. Therefore, Whitting's motion for rehearing is granted. We withdraw our May 30, 2018 opinion, and the appeal is reinstated. The trial court is ordered to file a corrected certificate of right to appeal within 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal reinstated
Order delivered and filed August 1, 2018
Do not publish
[CR25]

